

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2014

No. 04-14-00330-CV

**IN THE INTEREST OF M.J.W., J.A., AND C.A.,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02053
Peter Sakai, Judge Presiding

# O R D E R

Judith Stewart's Notification of Late Reporter's Record is hereby NOTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court